239 So.2d 172

**NOLAN GUIDRY WELDING WORKS**

**v.**

**J. P. VAN WAY ENGINEER–CONTRAC-
TORS, INC., and Louis J. Castille.**

No. 50666.

Sept. 22, 1970.

Writ denied. On the facts found by the Court of Appeal, we find no error of law in the judgment complained of.

239 So.2d 172

**ILLINOIS CENTRAL RAILROAD
COMPANY**

**v.**

**William W. CULLEN et al.**

No. 50676.

Sept. 22, 1970.

Writ denied. The result is correct. Contributory negligence is usually not a bar to recovery against a defendant whose act is wrongful and intended to damage a legally protected interest of plaintiff.

HAMLIN, J., concurs, he believing that the result is correct, and no further.

SUMMERS and TATE, JJ., are of the opinion the writ should be granted.